1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| **BARRY LABAR, CHRISTINA BRUGLIA, MORGAN RAPP, JESSICA VANDINE, ASHLEY JAMESON, JASON DRAKE, LANDON BRINKMAN,** and **ASHLEY BISHOP,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED PARCEL SERVICE, INC.,** a Foreign Public Utility Corporation, and **DOES 1-10**, inclusive,<br><br>Defendant. | Case No. **3:24-cv-05722-TMC**<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF WASHINGTON'S WAGE TRANSPARENCY LAW (RCW 49.58.110)** |

FIRST AMENDED CLASS ACTION COMPLAINT – 1

Plaintiffs Barry Labar, Christina Bruglia, Morgan Rapp, Jessica VanDine, Ashley Jameson, Jason Drake, Landon Brinkman, and Ashley Bishop ("Plaintiffs"), by and through their undersigned attorneys and on behalf of themselves and all others similarly situated, complain and allege the following:

## I.    NATURE OF ACTION

1.      This is a class action pursuant to Wash. Super. Ct. Civ. R. 23 against Defendant United Parcel Service, Inc. ("UPS"), its subsidiaries and affiliated companies, and DOES 1-10, inclusive ("Doe Defendants") (together "Defendant"), for engaging in a systematic scheme of failing to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in job openings.

2.      Plaintiffs seek statutory penalties, attorneys' fees, and costs for Defendant's failure to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in its job openings under RCW 49.58.110 and 49.58.070(1)

## II.    THE PARTIES

3.      Plaintiff Christina Bruglia, who at all relevant times was a resident of Bonney Lake, Washington, applied for a job position as a Loader/Unloader in the Port of Tacoma, Washington with Defendant in or around October 2023. Plaintiff Barry Labar, who at all relevant times was a resident of West Richland, Washington, applied for a job position as a Loader/Unloader in Moses Lake, Washington with Defendant in or around November 2023. Plaintiff Morgan Rapp, who at all relevant times was a resident of Tukwila, Washington, applied for a job position as a Seasonal Casual Package Driver in Shoreline, Washington with Defendant in or around August 2024. Plaintiff Jessica VanDine, who at all relevant times was a resident of Bow, Washington, applied for a job position as a Seasonal Support Driver in Burlington, Washington with Defendant in or around November 2024. Plaintiff Ashley Jameson, who at all relevant times was a resident of Spokane, Washington, applied for a job position as a Package Handler in Spokane Valley, Washington with Defendant in or around July 2023. Plaintiff Jason Drake, who at all relevant times was a resident of Mount Vernon, Washington, applied for a job position as a Preloader in Burlington, Washington with Defendant in or around December 2023. Plaintiff Ashley Bishop

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

(formerly Ame Bishop), who at all relevant times was a resident of Tacoma, Washington, applied for a job position as a Warehouse Worker-Package Handler in Tacoma, Washington with Defendant in or around September 2024. Plaintiff Landon Brinkman, who at all relevant times was a resident of King County, Washington, applied for a job position as a PT Air Ramp Supervisor with Defendant on or about August 29, 2024. Plaintiffs submitted their applications through Indeed, Honest Jobs, or Defendant's company website. Defendant's job postings do not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. Plaintiffs seek to represent a class of all individuals who, from January 1, 2023 through the present (the "Class Period"), applied for a job in the State of Washington with Defendant, where the job posting did not disclose the wage scale or salary range for the position.

4.    Defendant UPS is a Foreign Public Utility Corporation with its headquarters located in Atlanta, Georgia. Defendant has business operations in the State of Washington.

5.    Plaintiffs are ignorant of the true names and capacities, whether individual, corporate, associate, or otherwise, of Doe Defendants sued herein as DOES 1 through 10, inclusive, and, therefore, sues these Defendants by such fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe and thereon allege that each of these fictitiously named Doe Defendants is responsible in some manner for the occurrences herein alleged, in that they were prospective employers or prospective co-employers of Plaintiffs and the Class, and that Plaintiffs' damages, as herein alleged, were proximately caused by such Doe Defendants.

### III.    JURISDICTION & VENUE

6.    Based on Defendant's removal papers, this Court has subject matter jurisdiction over Plaintiffs' claims under 28 U.S.C. section 1332, 1441, and 1446.

7.    Venue is proper in this judicial district because this is the Court encompassing the place where this action is currently pending 28 U.S.C. section 1441(a). Venue is proper Tacoma because this action was brought in Pierce County. *See* 28 U.S.C. section 1441(a).

### IV.    FACTUAL ALLEGATIONS

8.    On information and belief, during the Class Period, Defendant fielded employment

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

applications from hundreds or thousands of individuals for jobs in Washington State.

9.    <u>Facts and Law Regarding Defendant's Violations of RCW 49.58.110(1):</u> Effective January 1, 2023, employers in Washington must disclose in each posting for each job opening, the wage scale or salary range and a general description of all of the benefits and other compensation to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW 49.58.110, "posting" means any solicitation intended to recruit job applicants for a specific available position, including recruitment done directly ***by an employer or indirectly through a third party***, and includes any postings done electronically, or with a printed hard copy, that includes qualifications for desired applicants. RCW 49.58.110(1) (emphasis added). This section only applies to employers with 15 or more employees. RCW 49.58.110(3). At all relevant times, Defendant employed more than 15 individuals.

10.    From January 1, 2023 to the present, Plaintiffs and the Class Members applied to job openings with Defendant for positions located in Washington State where Defendant's job postings did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered.

11.    Specifically, between July 2023 and November 2024, Plaintiffs each applied for a job opening as a Loader/Unloader, Seasonal Casual Package Driver, Seasonal Support Driver, Package Handler, Preloader, PT Air Ramp Supervisor, or Warehouse Worker-Package Handler in either, Shoreline, Burlington, Spokane Valley, Burlington, Tacoma, Port of Tacoma, Seattle, or Moses Lake, Washington, respectively, with Defendant. Plaintiffs submitted their applications through Indeed, Honest Jobs, or Defendant's company website. Defendant's job postings do not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. A true and correct copy of Defendant's job posting on Defendant's website that Plaintiff Brinkman responded to is attached hereto as **Exhibit A**. True and correct copies of Defendant's job postings on Defendant's company website and talent.com are attached hereto as **Exhibit B** (last accessed June 18, June 24, July 6, and July 15, 2024), which state as to compensation, "Excellent weekly pay," "you'll receive a competitive hourly rate," or are silent as to compensation. There was and is no range of possible salaries stated, nor was or is there any

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

wage scale of what employees earn included in the job postings. On information and belief, most or all of Defendant's job postings for jobs in Washington include the same language when referring to compensation, or no language as to compensation whatsoever, including those job postings done indirectly through a third party.

12. Plaintiffs and the Class Members lost valuable time applying for jobs with Defendant for which the wage scale or salary range was not disclosed to them.

13. As a result of Plaintiffs' and Class Members' inability to evaluate the pay for the position, negotiate that pay, and compare that pay to other available positions in the marketplace, Plaintiffs and the Class Members were harmed.

## V.     CLASS ACTION ALLEGATIONS

14. Plaintiffs bring this case as a class action pursuant to CR 23 on behalf of the following Class (the "Class" or "Class Members"):

> **All individuals who, from January 1, 2023 through the present (the "Class Period") applied for a job opening in the State of Washington with Defendant where the job posting did not disclose the wage scale or salary range for the position.[1]**

15. Plaintiffs reserve the right to amend or modify the class descriptions with greater specificity, by division into subclasses, or by limitation to particular issues.

16. On information and belief, there are estimated to be hundreds of individuals in the Class. Given Defendant's systemic failure to comply with RCW 49.58.110(1), the members of the Class are so numerous that joinder of all members is impractical.

17. Plaintiffs' claims are typical of the claims of the members of the Class because they applied for employment with Defendant during the Class Period and they sustained damages arising out of Defendant's failure to include the wage scale and salary range on job postings during the Class Period.

---

[1] Plaintiffs reserve the right to modify the Class definition at a later date to conform to new facts learned, including the properly named entity Defendant(s). Plaintiffs also reserve the right to move for certification on certain claims as to certain subclasses.

FIRST AMENDED CLASS ACTION COMPLAINT – 5

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

18.     Plaintiffs will fairly and adequately represent the interests of the Class. Plaintiffs have no conflicts of interest with any member of the Class. Plaintiffs have retained competent and experienced counsel in complex class action litigation. Plaintiffs' counsel has the expertise and financial resources to adequately represent the interests of the Class.

19.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Plaintiffs and the Class are the following:

a.     Whether Plaintiffs and Class Members applied for jobs with Defendant during the Class Period where Defendant's job postings failed to include the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered;

b.     Whether Defendant violated RCW 49.58.110(1) by failing to disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered in job postings during the Class Period;

c.     The proper formula(s) for calculating damages and interest owed to Plaintiffs and Class Members; and

d.     The nature and extent of class-wide damages and the measure of damages for the Class.

20.     Class action treatment is superior to any alternative to ensure the fair and efficient adjudication of the controversy alleged herein. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without duplication of effort and expense that numerous individuals would entail. No difficulties are likely to be encountered in the management of this class action that would preclude its maintenance as a class action, and no superior alternative exists for the fair and efficient adjudication of this controversy. The Class Members are readily identifiable from Defendant's employee rosters, HR databases, payroll records, and/or job applicant records.

21.     Defendant's actions are generally applicable to each member of the Class. Prosecution of separate actions by individual members of the Class creates the risk of inconsistent or varying adjudications of the issues presented herein, which, in turn, would establish

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

1    incompatible standards of conduct for Defendant.

2        22.    Because joinder of all members is impractical, a class action is superior to other

3    available methods for the fair and efficient adjudication of this controversy. Furthermore, the

4    amounts at stake for many members of the Class, while substantial, may not be sufficient to enable

5    them to maintain separate suits against Defendant.

6                              **VI.    CAUSE OF ACTION**
                              **Violation of RCW 49.58.110**
7

8        23.    Plaintiffs re-allege and incorporate by reference each and every allegation set forth

9    in the preceding paragraphs.

10        24.    Effective January 1, 2023, employers must disclose in each posting for each job

11   opening, the wage scale or salary range and a general description of all of the benefits and other

12   compensation to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW

13   49.58.110, "posting" means any solicitation intended to recruit job applicants for a specific

14   available position, including recruitment done directly by an employer or indirectly through a third

15   party, and includes any postings done electronically, or with a printed hard copy, that includes

16   qualifications for desired applicants. RCW 49.58.110(1). This section only applies to employers

17   with 15 or more employees. RCW 49.58.110(3).

18        25.    As described above, Defendant did not disclose the wage scale, salary range, and/or

19   a general description of the benefits and other compensation to be offered in its job postings.

20        26.    Starting January 1, 2023, Plaintiffs and the Class applied for job openings with

21   Defendant where the job postings did not disclose the wage scale, salary range, and/or a general

22   description of the benefits and other compensation to be offered. Accordingly, Defendant violated

23   RCW 49.58.110(1).

24        27.    A job applicant or an employee is entitled to the remedies in RCW 49.58.060 and

25   49.58.070 for violations of this section. RCW 49.58.110(4). An employee may bring a civil against

26   an employer for . . . statutory damages equal to five thousand dollars . . . interest of one percent

27   per month on all compensation owed; and costs and reasonable attorneys' fees. The court may also

28   order reinstatement and injunctive relief. RCW 49.58.070(1).

FIRST AMENDED CLASS ACTION COMPLAINT – 7

28.     Plaintiffs and Class Members are entitled to statutory damages, plus interest, and attorneys' fees and costs, under RCW 49.58.070(1).

## VII.     **PRAYER FOR RELIEF**

Wherefore, Plaintiffs, on behalf of themselves and the members of the Class, pray for judgment against Defendant as follows:

A.     An Order that this action may proceed and be maintained as a class action, certifying the Class as defined above for the Class Period defined above;

B.     A declaratory judgment that Defendant violated RCW 49.58.110(1);

C.     An award of statutory damages of five thousand dollars to Plaintiffs and Class Members, pursuant to RCW 49.58.070(1), plus interest, and reasonable attorneys' fees and costs; and

D.     All other relief this Court deems proper.

Dated this 30th day of May, 2025.          Respectfully submitted,

**ACKERMANN & TILAJEF, P.C.**
**EMERY | REDDY, PLLC**

By:     */s/Craig J. Ackermann*
          Craig J. Ackermann, WSBA #53330
          Brian Denlinger, WSBA #53177
          Avi Kreitenberg, WSBA #53294
          ACKERMANN & TILAJEF, P.C.
          2602 North Proctor Street, Suite 205
          Tacoma, Washington 98406
          Telephone: (310) 277-0614
          Facsimile: (310) 277-0635
          cja@ackermanntilajef.com
          bd@ackermanntilajef.com
          ak@ackermanntilajef.com

          Timothy W. Emery, WSBA #34078
          Patrick B. Reddy, WSBA #34092
          Paul Cipriani, WSBA #59991
          EMERY REDDY, PLLC
          600 Stewart Street, Suite 100
          Seattle, Washington 98101
          Telephone: (206) 442-9106
          Facsimile: (206) 441-9711
          emeryt@emeryreddy.com
          reddyp@emeryreddy.com
          paul@emeryreddy.com

          *Attorneys for Plaintiffs*

FIRST AMENDED CLASS ACTION COMPLAINT – 8

# EXHIBIT A

to FIRST AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF WASHINGTON'S WAGE TRANSPARENCY LAW
(RCW 49.58.110)





Search Jobs 

# PT Air Ramp Supervisor

**Primary Location** 8201 PERIMETER ROAD SOUTH, SEATTLE, Washington - United States of America , 98108
**Job ID** R24025002



Save Job     Share Job

**Before you apply to a job, select your language preference from the options available at the top right of this page.**

Explore your next opportunity at a Fortune Global 500 organization. Envision innovative possibilities, experience our rewarding culture, and work with talented teams that help you become better every day. We know what it takes to lead UPS into tomorrow—people with a unique combination of skill + passion. If you have the qualities and drive to lead yourself or teams, there are roles ready to cultivate your skills and take you to the next level.

**Job Description:**



### Job Summary

This position supervises, trains, develops, and holds ramp employees responsible for safety, production and attendance. He/She sets and maintains high standards for productivity, accuracy, customer service, organization, communication, cooperation, and safety. This position provides innovative and effective leadership and cultivates a functional working relationship with all levels of personnel throughout the organization.

### Responsibilities:

- Ensures all employees adhere to safety policies and procedures at all times, operating in full compliance with department, station, corporate and local government requirements.
- Manages department resources to ensure maximum output, accuracy, and efficiency at all times.
- Establishes and promotes a positive, team-oriented work environment emphasizing employee involvement, pro-active communication, inter-departmental cooperation, and continual improvement on all levels.





## Search Jobs 

- Ensures all employees adhere to safety policies and procedures at all times.

**Qualifications:**

- Ability to lift 70 lbs./32 kgs.

- Availability to work flexible shift hours, up to 5 days per week

- Meets local age and operations requirements to operate a vehicle

- Strong oral and written communication skills

- Working knowledge of Microsoft Office

- Ability to work in a fast-paced environment

**Employee Type:**

Permanent

UPS is committed to providing a workplace free of discrimination, harassment, and retaliation.

**Other Criteria:**

UPS is an equal opportunity employer. UPS does not discriminate on the basis of race/color/religion/sex/nationalorigin/veteran/disability/age/sexual orientation/gender identity or any other characteristic protected by law.

**Basic Qualifications:**

Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer.



Save Job      Share Job      See Location

## Share This Job

    

# EXHIBIT B

to FIRST AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF WASHINGTON'S WAGE TRANSPARENCY LAW
(RCW 49.58.110)



## Search Jobs

# CDL A Driver M-F 2nd shift (open)

**Primary Location** 1221 29TH STREET NW, AUBURN, Washington - United States of America , 98001
**Job ID** R24012032

Apply Now ❯

Save Job    Share Job

Explore your next opportunity at a Fortune Global 500 organization. Envision innovative possibilities, experience our rewarding culture, and work with talented teams that help you become better every day. We know what it takes to lead UPS into tomorrow—people with a unique combination of skill + passion. If you have the qualities and drive to lead yourself or teams, there are roles ready to cultivate your skills and take you to the next level.

**Job Description:**

Driver/Dockworker

This position involves the timely pickup, labeling, loading and delivery of shipments, using the required equipment, policies and procedures. This position could involve driving a tractor-trailer unit to one or more customer locations and returning to the original domicile during the same shift.

- Driver/Dockworkersworkdays, nights and/or weekends

- Valid CDL A license (commercial driver's license) in home state

- NO restrictions on license

- NO accidents within the past 12 months

- HazMat endorsement

- Pass a UPS road test, a DOT physical including a drug screen and all necessary background checks

- Utilize various pieces of Material Handling Equipment (MHE) including pallet movers and stand.up forklifts to load/unload palletized freight

- The ability to lift up to 70 lbs

- Driver/Dockworker are expected to comply with UPS appearance guidelines and wear the company-provided uniform

- Excellent weekly pay

- 401(k)

- Medical, dental and vision after waiting period

- $0 healthcare premium

- Paid vacation

- And so much more

This position is responsible for loading, unloading, shipping, receiving, scanning, sorting, and stocking packages and may utilize heavy machinery to complete tasks. This position delivers and picks up packages to and from residential and/or commercial properties. He/Sheutilizes safe transportation methods to get to and from destinations. This position ensures the best customer service through efficiency and dedication. He/Sheleverages technology to effectively aid in delivery services.

*This job posting includes information about the minimum qualifications (including the UPS Uniform and Personal Appearance Guidelines), locations, shifts, and operations within the locations which may consider my application. An applicant or employee may request an exception or change to, or an accommodationof, any condition of employment (including the UPS Uniform and Personal Appearance Guidelines) because of a sincerely held religious belief or practice.*

**Employee Type:**

Permanent

UPS is committed to providing a workplace free of discrimination, harassment, and retaliation.

**Other Criteria:**

UPS is an equal opportunity employer. UPS does not discriminate on the basis of race/color/religion/sex/nationalorigin/veteran/disability/age/sexual orientation/gender identity or any other characteristic protected by law.

**Basic Qualifications:**

Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer.

Apply Now ❯

Save Job     Share Job     See Location

## Share This Job









## Search Jobs

# PT Warehouse Supervisor - AM

**Primary Location** 4455 7TH AVENUE SOUTH, SEATTLE, Washington - United States of America , 98108
**Job ID** R24017800

Apply Now  ❯

Save Job          Share Job

**Before you apply to a job, select your language preference from the options available at the top right of this page.**

Explore your next opportunity at a Fortune Global 500 organization. Envision innovative possibilities, experience our rewarding culture, and work with talented teams that help you become better every day. We know what it takes to lead UPS into tomorrow—people with a unique combination of skill + passion. If you have the qualities and drive to lead yourself or teams, there are roles ready to cultivate your skills and take you to the next level.

**Job Description:**

**Job Summary**
This position trains and supervises Package Handlers and Clerks on safety, productivity, and various job-related tasks. This position holds teams accountable for attendance and submits timecards.

**Responsibilities:**
Develops and maintains good working relationships with employees, management and customers.
Facilitates training with new and current employees.
Conducts and participates in group meetings.
Coordinates evaluations with management.
Determines best solutions for package concerns.
Supervises daily activities of package handlers and clerks to ensure all assigned duties are accomplished safely and timely.
Understands and consistently demonstrates UPS's high ethical standards and code of conduct.

**Qualifications:**





# Search Jobs

Ability to work in a fast-paced warehouse environment

Bachelor's Degree or International equivalent - Preferred

Management experience - Preferred

**Employee Type:**

Permanent

UPS is committed to providing a workplace free of discrimination, harassment, and retaliation.

**Other Criteria:**

UPS is an equal opportunity employer. UPS does not discriminate on the basis of race/color/religion/sex/nationalorigin/veteran/disability/age/sexual orientation/gender identity or any other characteristic protected by law.

**Basic Qualifications:**

Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer.

Apply Now  ›

Save Job        Share Job        See Location

## Share This Job





## Search Jobs

# On Road Supervisor

**Primary Location** 18001 NE UNION HILL RD, REDMOND, Washington - United States of America , 98052
**Job ID** R24016555

Apply Now >

Save Job      Share Job



**Before you apply to a job, select your language preference from the options available at the top right of this page.**

Explore your next opportunity at a Fortune Global 500 organization. Envision innovative possibilities, experience our rewarding culture, and work with talented teams that help you become better every day. We know what it takes to lead UPS into tomorrow—people with a unique combination of skill + passion. If you have the qualities and drive to lead yourself or teams, there are roles ready to cultivate your skills and take you to the next level.

**Job Description:**

**Job Summary**

This position is responsible for supervising the daily performance of service providers to ensure quality service, improve performance, and maintain compliance with environmental, health and safety requirements. The incumbent encourages sales lead participation through maintaining mutually beneficial customer relationships; responds to customer concerns; uncovers business development opportunities; and creates a customer-focused work environment. The incumbent must be DOT certified and have UPS package Car driving experience in order to develop and maintain effective operational performance with services providers and other hourly employees as needed.

**Responsibilities**

- Manages and works with on road employees to maximize efficiency and ensure that packages are delivered in a safe, timely, and professional manner, this includes using the balanced scorecard and quality

On Road Supervisor at UNITED PARCEL SERVICE



# Search Jobs

- Applies an understanding of policies and procedures to situations and operations in a business area

- Participates in the development and implementation of work process plans to maximize center proficiency and achieve business results

- Ensures implementation and maintenance of a comprehensive health and safety plan

- Conducts risk management and safety compliance audits

- Applies knowledge of company structure and operations to resolve problems, make decisions and achieve business objectives

- Maintains employee safety training and certifications

- Applies workforce planning knowledge to evaluate labor markets and devise strategies to attract talent

- Determines employee training needs to produce continuous development plans

- Provides feedback and support

- Conducts performance evaluations and resolve individual and group performance issues

- Supports a collaborative work environment through continuous communication and relationship building

- Applies legal, regulatory and safety compliance knowledge to reduce company risk

- Assesses, identifies, measures and monitors customer or business needs and trends

- Coaches and develops others using career development processes and tools

**Preferences**

- Bachelor's Degree (or internationally comparable degree)

**Basic Qualifications**

- Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer

- Employer will not sponsor a visa for this or future positions

- Must be currently located in the same geographic location as the job or willing to relocate yourself

- Must be at least 21 years of age

- Must have previous UPS Package car driving experience

- Ability to lift 70lbs/32 kgs

- Ability to work flexible shift hours, up to 5 days per week

- Working knowledge of Microsoft word, Excel, Access, and Outlook

- Must be DOT certified, and willing to take a physical exam, including a driving test

- Must have a Bachelor's Degree (or internationally comparable degree) or be a current UPS employee with three years of UPS experience

Case 3:24-cv-05722-TMC     Document 1-1     Filed 06/02/25     Page 20 of 29



# Search Jobs

**Employee Type:**

Permanent

UPS is committed to providing a workplace free of discrimination, harassment, and retaliation.

**Other Criteria:**

UPS is an equal opportunity employer. UPS does not discriminate on the basis of race/color/religion/sex/nationalorigin/veteran/disability/age/sexual orientation/gender identity or any other characteristic protected by law.

**Basic Qualifications:**

Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer.

Apply Now ❯

Save Job     Share Job     See Location

## Share This Job





# PT Hub Supervisor

Apply

📍 US - WASHINGTON IMPORT (WAIMP)

🧰 Part time

🕐 Posted Yesterday

📄 R24016047

**Before you apply to a job, select your language preference from the options available at the top right of this page.**

Explore your next opportunity at a Fortune Global 500 organization. Envision innovative possibilities, experience our rewarding culture, and work with talented teams that help you become better every day. We know what it takes to lead UPS into tomorrow—people with a unique combination of skill + passion. If you have the qualities and drive to lead yourself or teams, there are roles ready to cultivate your skills and take you to the next level.

Job Description:

Job Summary

This position supervises, trains, develops, and holds ramp employees responsible for safety, production and attendance. He/She sets and maintains high standards for productivity, accuracy, customer service, organization, communication, cooperation, and safety. This position provides innovative and effective leadership and cultivates a functional working relationship with all levels of personnel throughout the organization.

Responsibilities:

- Ensures all employees adhere to safety policies and procedures at all times, operating in full compliance with department, station, corporate and local government requirements.

- Establishes and promotes a positive, team-oriented work environment emphasizing employee involvement, pro-active communication, inter-departmental cooperation, and continual improvement on all levels.
- Implements employee personal development plans as required to ensure the continuing professional growth of department personnel.
- Ensures all department employees receive specific and detailed orientation, skills and safety training, appropriate materials and information, regular evaluations, and pro-active coaching to support their continued development.
- Ensures all employees adhere to safety policies and procedures at all times.

**Qualifications:**

- Ability to lift 70 lbs./32 kgs.
- Availability to work flexible shift hours, up to 5 days per week
- Meets local age and operations requirements to operate a vehicle
- Strong oral and written communication skills
- Working knowledge of Microsoft Office
- Ability to work in a fast-paced environment

**Employee Type:**
Permanent

UPS is committed to providing a workplace free of discrimination, harassment, and retaliation.

**Other Criteria:**
UPS is an equal opportunity employer. UPS does not discriminate on the basis of race/color/religion/sex/national origin/veteran/disability/age/sexual orientation/gender identity or any other characteristic protected by law.

**Basic Qualifications:**
Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer.



In 1907, two teenage entrepreneurs in a Seattle basement started with a $100 loan and created what would become the world's largest package delivery service. Today, operating in more than 220 countries and territories, UPS is committed to moving our world forward by delivering what matters. UPS and its more than 500,000 UPSers around the globe are a transportation and logistics leader, offering innovative solutions to customers, big



# CDL A Driver M-F 2nd shift (open)

Apply

📍 US - SEATTLE WA FREIGHT FORWARDING (WABRN)

💼 Full time

🕐 Posted 4 Days Ago

📄 R24012032

**Before you apply to a job, select your language preference from the options available at the top right of this page.**

Explore your next opportunity at a Fortune Global 500 organization. Envision innovative possibilities, experience our rewarding culture, and work with talented teams that help you become better every day. We know what it takes to lead UPS into tomorrow—people with a unique combination of skill + passion. If you have the qualities and drive to lead yourself or teams, there are roles ready to cultivate your skills and take you to the next level.

**Job Description:**

Driver/Dockworker

This position involves the timely pickup, labeling, loading and delivery of shipments, using the required equipment, policies and procedures. This position could involve driving a tractor-trailer unit to one or more customer locations and returning to the original domicile during the same shift.

- Driver/Dockworkers workdays, nights and/or weekends
- Valid CDL A license (commercial driver's license) in home state
- NO restrictions on license
- NO accidents within the past 12 months
- HazMat endorsement

# CDL A Driver M-F 2nd shift (open)

Apply

- Excellent weekly pay
- 401(k)
- Medical, dental and vision after waiting period
- $0 healthcare premium
- Paid vacation
- And so much more

This position is responsible for loading, unloading, shipping, receiving, scanning, sorting, and stocking packages and may utilize heavy machinery to complete tasks. This position delivers and picks up packages to and from residential and/or commercial properties. He/She utilizes safe transportation methods to get to and from destinations. This position ensures the best customer service through efficiency and dedication. He/She leverages technology to effectively aid in delivery services.

*This job posting includes information about the minimum qualifications (including the UPS Uniform and Personal Appearance Guidelines), locations, shifts, and operations within the locations which may consider my application. An applicant or employee may request an exception or change to, or an accommodation of, any condition of employment (including the UPS Uniform and Personal Appearance Guidelines) because of a sincerely held religious belief or practice.*

**Employee Type:**

Permanent

UPS is committed to providing a workplace free of discrimination, harassment, and retaliation.

**Other Criteria:**

UPS is an equal opportunity employer. UPS does not discriminate on the basis of race/color/religion/sex/national origin/veteran/disability/age/sexual orientation/gender identity or any other characteristic protected by law.

**Basic Qualifications:**

Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer.



6/24/24, 4:06 PM
UPS - Warehouse Worker/package handler job in Bellingham, WA
Case 3:24-cv-05722-TMC    Document 11    Filed 06/02/25    Page 25 of 29



Search jobs    Search salary    Tax calculator    Talentpedia    EN | ES    Sign in    For employers

**What?** Package handler    **Where?** Bellingham, WA, United States    Find jobs

Search jobs › Bellingham, WA › Part-time › Package handler



### UPS - Warehouse Worker/Package Handler

**UPS**

Bellingham, WA, United States

💼 Full-time    💼 Part-time

Apply    ♡ Save

---

Find out what you'll become as a Package Handler at UPS. In this fast-paced warehouse job, you'll lift, lower and slide packages up to 70 lbs.

You'll typically work 3 ½ - 4 hour shifts, approximately 17 ½ - 20 hours per week in a part-time or seasonal role and 8 hour shifts in a full time role.

As part of the UPS team, you'll receive a competitive hourly rate and an attractive benefits package. Take the next step on your career journey as a Package Handler / Warehouse Worker at UPS.

Full and part time postions available. Flexible Hours. Hiring now with no experience required. Great benefits and promotions from within.

30+ days ago

## Related jobs

Promoted



### Package Handler (Warehouse like)

**FedEx**

Bellingham, Washington

What you can expect at Federal Express Corporation (FEC): * Fast paced and physical warehouse work -- why pay for a gym membership when you can get paid while working out? * Warehouse duties include loading, unloading, and sorting of packages of various sizes. Job Description---- IMMEDIATE OPENINGS!...

30+ days ago

Promoted



### Light Industrial - Warehouse Associate I

**ARC Group**

Skagit County, WA, US

Warehouse Specialist, Supply Chain Services. ARC Group is currently seeking a motivated Warehouse Specialist with a focus on Supply Chain Logistics to join our team. As a vital member of our supply chain operations, you will play a key role in warehouse management, inventory control, logistical plan...

30+ days ago

Promoted                    Promoted

 talent.com    Search jobs    Search salary    Tax calculator    Talentpedia    EN | ES    Sign in    For employers

Search jobs > Spokane, WA > Part-time > Package handler



## UPS - Warehouse Worker/Package Handler

**UPS**

Spokane, WA, United States

💼 Full-time    💼 Part-time

Apply    ♡ Save

---

Find out what you'll become as a Package Handler at UPS. In this fast-paced warehouse job, you'll lift, lower and slide packages up to 70 lbs.

You'll typically work 3 ½ - 4 hour shifts, approximately 17 ½ - 20 hours per week in a part-time or seasonal role and 8 hour shifts in a full time role.

As part of the UPS team, you'll receive a competitive hourly rate and an attractive benefits package. Take the next step on your career journey as a Package Handler / Warehouse Worker at UPS.

Full and part time postions available. Flexible Hours. Hiring now with no experience required. Great benefits and promotions from within.

24 days ago

## Related jobs

Promoted



### Package Handler - Part Time (Warehouse like)

**FedEx**

Spokane, Washington

Warehouse duties include loading, unloading, and sorting of packages of various sizes. Come for a job and stay for a career! Federal Express Corporation (FEC) is part of the rapidly growing warehouse and transportation sector that helps keep America, and our economy, moving. Fast paced and physical ...

30+ days ago



### Warehouse Package Handler

**OnTrac**

Spokane, Washington

We are hiring Warehouse Workers / Package Handlers for our Spokane, WA location. How you will be rewarded as a Warehouse Worker / Package Handler. As a Warehouse Worker / Package Handler we count on you. What Skills you will need as a Warehouse Worker / Package Handler. ...

30+ days ago



## Search Jobs

---

# Load Planner

**Primary Location** 8201 PERIMETER ROAD SOUTH, SEATTLE, Washington - United States of America , 98108

**Job ID** R24020200

Apply Now  ❯

Save Job     Share Job

**Before you apply to a job, select your language preference from the options available at the top right of this page.**

Explore your next opportunity at a Fortune Global 500 organization. Envision innovative possibilities, experience our rewarding culture, and work with talented teams that help you become better every day. We know what it takes to lead UPS into tomorrow—people with a unique combination of skill + passion. If you have the qualities and drive to lead yourself or teams, there are roles ready to cultivate your skills and take you to the next level.

**Job Description:**

**Job Summary**

This position performs general administrative responsibilities including preparation of reports using various software, compilation of information from various sources, and facilitating small scale projects. He/She performs general office duties including word processing, data entry, auditing documents, answering phones, distributing mail, reserving conference rooms, coordinating meetings, and other duties as assigned.

**Responsibilities:**

- Prepares reports and presentations using Microsoft Word or Excel.
- Prepares and/or coordinates information for internal use and distribution.

**Qualifications:**

- HS Diploma, GED, or International equivalent





---

# Search Jobs

---

Permanent

UPS is committed to providing a workplace free of discrimination, harassment, and retaliation.

**Other Criteria:**

UPS is an equal opportunity employer. UPS does not discriminate on the basis of race/color/religion/sex/nationalorigin/veteran/disability/age/sexual orientation/gender identity or any other characteristic protected by law.

**Basic Qualifications:**

Must be a U.S. Citizen or National of the U.S., an alien lawfully admitted for permanent residence, or an alien authorized to work in the U.S. for this employer.

Apply Now  ›

Save Job      Share Job      See Location

## Share This Job



**CERTIFICATE OF SERVICE**

I, Jaclyn Blackwell, hereby certify and declare under penalty of perjury under the laws of the States of Washington and California that, on the 2nd day of June, 2025, I caused to be electronically filed the foregoing First Amended Class Action Complaint for Violations of Washington Law & Guarantee of Transparency with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

> Emily A. Bushaw, WSBA #41693
> Javier F. Garcia, WSBA #38259
> Shannon McDermott, WSBA #59455
> PERKINS COIE LLP
> 1201 Third Avenue, Suite 4900
> Seattle, WA 98101
> Phone: (206) 359-8000
> Fax: (206) 359-9000
> Email: ebushaw@perkinscoie.com
>         jgarcia@perkinscoie.com
>         smcdermott@perkinscoie.com

I further certify that I mailed a true and correct copy of the foregoing to the following non-CM/ECF participant: N/A

>                         /s/Jaclyn Blackwell
>                         Jaclyn Blackwell
>                         Office Manager
>                         ACKERMANN & TILAJEF, P.C.

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM