THE HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

**ASHLEY JAMESON, LANDON BRINKMAN, ASHLEY BISHOP, JOSEPH SMITH, PARKER LACKIE, WILLIAM SOTO, JUSTIN FAIN, ADEN VIEUX, STEPHYN ELLIOTT, JOSEPH MILLS, DAWN JORDAN, MINDY PIXLEY,** and **KENNETH GRIFFEY,** on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**UNITED PARCEL SERVICE, INC.**, a Foreign Public Utility Corporation, and **DOES 1-10**, inclusive,

Defendant.

Case No. 3:24-cv-05722-TMC

**STIPULATED MOTION AND ORDER TO REMAND CASE**

NOTE ON MOTION CALENDAR:
July 8, 2026

*(Clerk's Action Required)*

STIPULATED MOTION TO REMAND – 1

CASE NO. 3:24-CV-05722-TMC

**ACKERMANN & TILAJEF, P.C.**
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON 98406
(253) 625-7720

Plaintiffs Ashley Jameson, Landon Brinkman, Ashley Bishop, Joseph Smith, Parker Lackie, William Soto, Justin Fain, Aden Vieux, Stephyn Elliott, Joseph Mills, Dawn Jordan, Mindy Pixley, and Kenneth Griffey ("Plaintiffs") and Defendant United Parcel Service, Inc. ("Defendant") (together, "the Parties") hereby submit this stipulated motion to remand the instant action (the "Action") to Pierce County Superior Court. In support of this stipulation, the Parties state as follows:

1. On July 26, 2024, Barry Labar and Christina Bruglia filed their Class Action Complaint in Pierce County Superior Court.

2. On August 30, 2024, Defendant removed the Action to the Western District of Washington at Tacoma [Dkt. No. 1].

3. On September 3, 2024, the Parties stipulated to stay the case pending the Washington Supreme Court's decision in *Branson et al. v. Washington Fine Wine & Spirits, LLC* [Dkt. No. 7].

4. On June 2, 2025, the Court temporarily lifted the stay of the case for the sole purpose of allowing Barry Labar and Christina Bruglia to file the First Amended Complaint, adding Margon Rapp, Jessica VanDine, Ashley Jameson, Jason Drake, Landon Brinkm, and Ashley Bishop to join the Action as named plaintiffs and putative class representatives [Dkt. No. 10].

5. On October 9, 2025, the Plaintiffs filed the Second Amended Complaint, adding Artie Anderson, Todd Homer, Joseph Smith, Parker Lackie, Zachary Dean, Marshall Plumage, William Soto, Justin Fain, Adex Vieux, Stephyn Elliott, Joseph Mills, Dawn Jordan, and Mindy Pixley as additional named plaintiffs and putative class representatives. [Dkt No. 19].

6. On November 6, 2025, the Court ordered the Action stayed to allow the Parties to pursue resolution of the Action and to participate in formal mediation [Dkt. No. 23]. The Court also granted leave to Plaintiffs to file the operative Third Amended Complaint to add new plaintiff Kenneth Griffey and to dismiss Barry Labar, Christina Bruglia, Jessica VanDine, Jason Drake, Artie Anderson, Todd Homer, Marshall Plumage, Zachary Dean, and Morgan Rapp, which was filed on December 11, 2025 [Dkt. No. 26].

STIPULATED MOTION TO REMAND – 2

CASE NO. 3:24-CV-05722-TMC

7. On May 14, 2026, after a productive exchange of informal discovery, the Parties attended a full-day, private mediation with experienced wage and hour mediator Cliff Freed, and agreed to resolve the Action on a class basis and finalized their agreement in a Memorandum of Understanding.

8. The Parties are now drafting and finalizing a long-form class settlement agreement.

9. Pursuant to the Parties' agreement, the Parties agreed to remand the case and seek settlement approval through the state court action in Pierce County Superior Court.

IT IS SO STIPULATED this 8th day of July, 2026.

RESPECTFULLY SUBMITTED BY:

**ACKERMANN & TILAJEF, P.C.**
**EMERY REDDY, PLLC**

/s/Craig J. Ackermann
Craig J. Ackermann, WSBA #53330
cja@ackermanntilajef.com
Brian Denlinger, WSBA #53177
bd@ackermanntilajef.com
Avi Kreitenberg, WSBA #53294
ak@ackermanntilajef.com
2602 N. Proctor St., #205
Tacoma, WA 98406

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 100
Seattle, Washington 98101
Telephone: (206) 442-9106
Facsimile: (206) 441-9711
emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Attorneys for Plaintiffs*

**PERKINS COIE LLP**

/s/Emily A. Bushaw
Javier F. Garcia, WSBA #38259
JGarcia@perskinscoie.com
Emily A. Bushaw, WSBA #41693
EBushaw@perkinscoie.com
Heather Shook, WSBA #56610
HShook@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, WA 98101

*Attorneys for Defendant*

STIPULATED MOTION TO REMAND – 3

CASE NO. 3:24-CV-05722-TMC

**ORDER**

GOOD CAUSE APPEARING, and based upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED that:

This Action shall be remanded to Pierce County Superior Court.

DATED this 9th day of July, 2026.

_____
THE HONORABLE TIFFANY M CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

ACKERMANN & TILAJEF, P.C.
EMERY REDDY, PLLC

/s/Craig J. Ackermann
Craig J. Ackermann, WSBA #53330
Brian Denlinger, WSBA #53177
Avi Kreitenberg, WSBA #53294

Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991

*Attorneys for Plaintiffs*

PERKINS COIE LLP

/s/Emily A. Bushaw
Javier F. Garcia, WSBA #38259
Emily A. Bushaw, WSBA #41693
Heather Shook, WSBA #56610

*Attorneys for Defendant*

STIPULATED MOTION TO REMAND – 4

CASE NO. 3:24-CV-05722-TMC

ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON 98406
(253) 625-7720